# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 14, 2022

Lyle W. Cayce
Clerk

No. 21-60465
Summary Calendar

Jason Alston,

*Plaintiff—Appellant*,

*versus*

Prairie Farms Dairy, Incorporated, *doing business as* Luvel;
Harold Leroy Papen,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Mississippi
No. 4:18-CV-157

Before Smith, Stewart, and Graves, *Circuit Judges*.

Per Curiam:*

Jason Alston, *pro se*, appeals a summary judgment for Prairie Farms Dairy, Incorporated ("Prairie Farms"), his former employer, and Harold

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-60465

Leroy Papen, an employee of Prairie Farms, as well as the grant of a motion to set aside an entry of default.

First, the district court did not abuse its discretion when it found that good cause existed to set aside the default based on the prompt action and explanation provided by Prairie Farms and the lack of evidence that the default was willful. *See Lacy v. Sitel Corp.*, 227 F.3d 290, 291–93 (5th Cir. 2000); *see also United States v. One Parcel of Real Property*, 763 F.2d 181, 183 (5th Cir. 1985). Next, although we liberally construe the briefs of *pro se* litigants, Alston's briefs do not address the district court's specific reasons for the summary judgment; therefore, he has failed to demonstrate reversible error. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.